UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT | : | |
| VS. | : | NO. 3:01CV2417(RNC) |
| ELECTRIC BOAT CORPORATION | : | DECEMBER 4, 2005 |

# REQUEST FOR SCHEDULING ORDER

The plaintiff respectfully requests that the court issue a new scheduling order in this matter. This court granted summary judgment in favor of the defendant. The plaintiff appealed and this court's order was reversed by the Court of Appeals on November 21, 2003. The court's mandate issued December 12, 2003. The case is ready for trial.

_____THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Michael J. Cartier, Esq., Masters & Puhlick, 199 West Town Street, Norwich, CT 06360; and Daniel A. Schwartz, Esq., Day, Berry & Howard, CityPlace, Hartford, CT 06103-3499.

_____
JOHN R. WILLIAMS