UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 DEC 13 P 4:10

DANIE DUZANT,  :
    Plaintiff,  :
    v.  :  CASE NO. 3:01CV2417 (RNC)
ELECTRIC BOAT CORPORATION,  :
    Defendant.  :

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___    To supervise discovery and resolve discovery disputes;

___    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

_X_    To conduct settlement conferences;

___    To conduct a prefiling conference;

___    To assist the parties in preparing a joint trial memorandum;

___    A ruling on the following pending motions:

_____
_____

So ordered.

Dated at Hartford, Connecticut this 13 day of December 2005.

_____
Robert N. Chatigny
United States District Judge