

41

December 13, 2005. Granted. See scheduling order entered this day. So ordered.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 DEC -7 A 11: 17
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| DANIE DUZANT | : |
| VS. | : NO. 3:01CV2417(RNC) |
| ELECTRIC BOAT CORPORATION | : DECEMBER 4, 2005 |

## REQUEST FOR SCHEDULING ORDER

The plaintiff respectfully requests that the court issue a new scheduling order in this matter. This court granted summary judgment in favor of the defendant. The plaintiff appealed and this court's order was reversed by the Court of Appeals on November 21, 2003. The court's mandate issued December 12, 2003. The case is ready for trial.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
His Attorney