UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT, | : | CIVIL ACTION NO.: 3:01-CV-02417 |
| | : | (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORP., | : | |
| | : | |
| Defendant. | : | DECEMBER 13, 2005 |

## MOTION TO WITHDRAW APPEARANCE

To:   Clerk, United States District Court
       450 Main Street
       Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of Defendant Electric Boat Corporation. Upon information and belief, Daniel A. Schwartz of Epstein Becker & Green, P.C., has appeared and will continue to represent the defendant in this matter.

ELECTRIC BOAT CORPORATION,

By: _____
Glenn W. Dowd (ct 12847)
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511
Tel: (203) 752-5000
Fax: (203) 752-5001
gwdowd@dbh.com
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 13th day of December, via first-class mail, postage prepaid, to:

| | |
|---|---|
| Meredith G. Diette, Esq.<br>Brown Jacobson P.C.<br>22 Courthouse Square<br>P.O. Box 391<br>Norwich, CT 06360 | John R. Williams, Esq.<br>Williams and Pattis LLC<br>51 Elm Street<br>Suite 409<br>New Haven, CT 06510 |
| Daniel Adam Schwartz, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square, Suite 1800<br>Stamford, CT 06901 | |

_____
Glenn W. Dowd