UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIE DUZANT, | CIVIL ACTION NO.: 3:01-CV-02417 (RNC) |
| Plaintiff, | |
| v. | |
| ELECTRIC BOAT CORP., | |
| Defendant. | DECEMBER 13, 2005 |

## MOTION TO WITHDRAW APPEARANCE

To: Clerk, United States District Court
450 Main Street
Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of Defendant Electric Boat Corporation. Upon information and belief, Daniel A. Schwartz of Epstein Becker & Green, P.C., has appeared and will continue to represent the defendant in this matter.

ELECTRIC BOAT CORPORATION,

By: _____
Glenn W. Dowd (ct 12847)
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511
Tel: (203) 752-5000
Fax: (203) 752-5001
gwdowd@dbh.com
Its Attorneys

December 19, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

41651310.1 028040-00130
December 13, 2005 11:49 AM