UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. 3:01-CV-2417 (RNC) |
| | : | |
| ELECTRIC BOAT CORP. | : | |
| | : | |
| Defendant. | : | DECEMBER 20, 2005 |

**DEFENDANT'S MOTION FOR STATUS CONFERENCE AND MOTION TO EXTEND DEADLINE TO FILE TRIAL MEMORANDUM**

The Defendant, Electric Boat Corporation, respectfully submits this motion to request a telephonic status conference with the court to discuss the overall status of this matter. The Defendant believes that it is premature to set this case for trial because there are issues to be decided by this court beforehand that will dictate the scope of the trial.

Specifically, on November 7, 2002, the Defendant filed for summary judgment on federal and state law claims. On January 27, 2003, this Court granted summary judgment to the Defendant on the federal claims and declined to exercise supplemental jurisdiction over the state law claims. Thus, the court did not rule on the merits of those state law claims. The Plaintiff then appealed the matter to the U.S. Court of Appeals for the Second Circuit on or about February 12, 2003. In doing so, the Plaintiff just appealed the dismissal of the federal law count. The Second Circuit heard the appeal and reversed and remanded the matter to this Court for further consideration. Again, in doing so, the remaining state law claims were not an issue. Upon remand, this Court has since held this matter in abeyance for further review.

On December 7, 2005, the Plaintiff requested a scheduling order and stated that the matter was "ready for trial" and this court issued a new scheduling order based on that representation. However, as discussed above, this case is not ready for trial  Because the Court has not ruled on the merits of Duzant's state law claims, a trial at this point is entirely premature. This Court ought to suspend its scheduling order and consider the Defendant's Motion for Summary Judgment on the remaining state law claims.

For these reasons, the Defendant requests a brief telephonic status conference to discuss the procedural status of the matter and that the scheduling order of the Court of December 13, 2005 be suspended until that point in time. Counsel for the Defendant has called Attorney John Williams to determine his position to this motion but, as of this date, has not yet received a response.

Respectfully submitted,

_____
Daniel A. Schwartz (ct 15823)
EPSTEIN BECKER & GREEN
One Landmark Square, Suite 1800
Stamford, Connecticut 06901-2704
203-348-3737 (phone)
203-324-9291 (fax)
daschwartz@ebglaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 20th day of December, 2005 that a true and correct copy of the foregoing *Motion for Status Conference* is being served via regular U.S. mail, postage prepaid, on all counsel and pro se parties of record, as follows:

John Williams
51 Elm St., Suite 409
New Haven, CT 06510

_____
Daniel A. Schwartz