#48

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DANIE DUZANT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. 3:01-CV-2417 (RNC) |
| | : | |
| ELECTRIC BOAT CORP. | : | |
| | : | |
| Defendant. | : | DECEMBER 20, 2005 |

**DEFENDANT'S MOTION FOR STATUS CONFERENCE AND MOTION TO EXTEND DEADLINE TO FILE TRIAL MEMORANDUM**

The Defendant, Electric Boat Corporation, respectfully submits this motion to request a telephonic status conference with the court to discuss the overall status of this matter. The Defendant believes that it is premature to set this case for trial because there are issues to be decided by this court beforehand that will dictate the scope of the trial.

Specifically, on November 7, 2002, the Defendant filed for summary judgment on federal and state law claims. On January 27, 2003, this Court granted summary judgment to the Defendant on the federal claims and declined to exercise supplemental jurisdiction over the state law claims. Thus, the court did not rule on the merits of those state law claims. The Plaintiff then appealed the matter to the U.S. Court of Appeals for the Second Circuit on or about

---

3:01CV2417(RNC)    Danie Duzant v. Electric Boat Corp.

Defendant's Motion for Status Conference and Motion to Extend Deadline to File Trial Memorandum (Doc. #48)

January 5, 2006. Granted. The parties will file their joint trial memorandum on or before March 13, 2006. The final pretrial conference will be held on April 3, 2006 at 2:00 p.m. in chambers. Jury selection is rescheduled to April 11, 2006 at 9:00 a.m. So ordered.

Robert N. Chatigny, U.S.D.J.