## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:01-CV-02417 (RNC) |
| vs. | : | |
| | : | |
| ELECTRIC BOAT CORP, | : | |
| | : | |
| Defendant. | : | FEBRUARY 27, 2006 |

## MOTION TO WITHDRAW APPEARANCE

To: Clerk, United States District Court
450 Main Street
Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw her appearance in the above-captioned matter on behalf of the defendant Electric Boat Corporation. Upon information and belief, Daniel A. Schwartz of Epstein Becker & Green, P.C. has appeared and will continue to represent the defendant in this matter.

By _____
Meredith G. Diette (ct22276)
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360
(860) 889-3321
(860) 886-0673 (fax)
*mdiette@brownjacobson.com*

1

-2-

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this Tuesday, February 28, 2006 via first-class mail, postage prepaid, to:

| | |
|---|---|
| **John R. Williams**<br>51 Elm Street<br>Suite 409<br>New Haven, CT 06510<br>203-562-9931 | **Daniel A. Schwartz**<br>Epstein Becker & Green-CT<br>One Landmark Square<br>Suite 1800<br>Stamford, CT 06901-2165 |
| **Joseph E. Chontos, Esq.**<br>Electric Boat Corporation<br>75 Eastern Point Road<br>Groton, CT 06430 | |

_____
         Meredith G. Diette