01CV241F mtN



**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | |
|---|---|
| DANIE DUZANT, | : CIVIL ACTION NO. 2006 FEB 28  A 11: 12 |
| Plaintiff, | : 3:01-CV-02417 (RNC) DISTRICT COURT |
| vs. | : |
| ELECTRIC BOAT CORP, | : |
| Defendant. | : FEBRUARY 27, 2006 |



### MOTION TO WITHDRAW APPEARANCE

To:   Clerk, United States District Court
      450 Main Street
      Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw her appearance in the above-captioned matter on behalf of the defendant Electric Boat Corporation. Upon information and belief, Daniel A. Schwartz of Epstein Becker & Green, P.C. has appeared and will continue to represent the defendant in this matter.

By _____
Meredith G. Diette (ct22276)
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360
(860) 889-3321
(860) 886-0673 (fax)
mdiette@brownjacobson.com

March 3, 2006. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED 2006 MAR -3  A 9:09  DISTRICT COURT HARTFORD, CT.

1