UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. 3:01-CV-2417 (RNC) |
| | : | |
| ELECTRIC BOAT CORP. | : | |
| | : | |
| Defendant. | : | MARCH 7, 2006 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby file this joint motion to modify the scheduling order to allow the parties two additional weeks to submit a pretrial memorandum in this matter to March 27, 2005, due to the Court's postponement of a settlement conference. The Defendant, Electric Boat submits such report on behalf of both parties with the consent of Attorney Rob Serafinowicz, attorney for the Plaintiff, who will be filing an appearance in this matter shortly. As the court may recall, the parties' submitted their joint mediation report in early January 2006 with the goal of getting a quick settlement conference before a Magistrate Judge well before a trial date. Due to the Court's understandably busy schedule, a settlement conference could not be set up until March 8, 2006 before Magistrate Judge Donna Martinez. The pretrial memorandum in this matter is presently due on March 13, 2006, which – if the matter did not settle -- would still afford the parties some time to compile the pretrial memorandum if the matter did not settle. The parties believed it was important to devote as much resources to settlement to keep the costs at a minimum.

However, on March 6, 2006, Magistrate Judge Martinez requested a postponement of the settlement conference to March 21, 2006 due to conflicts in her schedule. The parties have not objected to this rescheduling. However, because of this delay, absent a modification of the court's scheduling order, the parties will need to spend significant resources this week to prepare the pretrial memo and the parties believe that such work could prove to be an impediment to settlement. For this reason, the parties ask for a similar amount of extension of time to file a pretrial memorandum to give the settlement conference the best opportunity for success.

The parties' do not believe that this extension will delay any trial and note that the new date of March 27, 2006 would still be well in advance of the pretrial conference scheduled for April 3, 2006.

Respectfully submitted,

_____
Daniel A. Schwartz (ct 15823)
EPSTEIN BECKER & GREEN
One Landmark Square, Suite 1800
Stamford, Connecticut 06901-2704
203-348-3737 (phone)
203-324-9291 (fax)
daschwartz@ebglaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of March, 2006 that a true and correct copy of the foregoing *Joint Motion* is being served via regular mail, on all counsel and pro se parties of record, as follows:

John Williams
Rob Serafinowicz
Office of John R. Williams
51 Elm St., Suite 409
New Haven, CT 06510

_____
Daniel A. Schwartz