58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIE DUZANT                       :
                                   :
                    Plaintiff,     :
                                   :
V.                                 :   Civil Action No. 3:01-CV-2417(RNC)
                                   :
ELECTRIC BOAT CORP.                :
                                   :
                    Defendant.     :   MARCH 7, 2006

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby file this joint motion to modify the scheduling order to allow the parties two additional weeks to submit a pretrial memorandum in this matter to March 27, 2005, due to the Court's postponement of a settlement conference. The Defendant, Electric Boat submits such report on behalf of both parties with the consent of Attorney Rob Serafinowicz, attorney for the Plaintiff, who will be filing an appearance in this matter shortly. As the court may recall, the parties' submitted their joint mediation report in early January 2006 with the goal of getting a quick settlement conference before a Magistrate Judge well before a trial date. Due to the Court's understandably busy schedule, a settlement conference could not be set up until March 8, 2006 before Magistrate Judge Donna Martinez. The pretrial memorandum in this matter is presently due on March 13, 2006, which – if the matter did not settle – would still afford the parties some time to compile the pretrial memorandum if the matter did not settle. The parties believed it was important to devote as much resources to settlement to keep the costs at a minimum.

March 9, 2006. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.