UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:01-CV-02417 (RNC) |
| vs. | : | |
| | : | |
| ELECTRIC BOAT CORP, | : | |
| | : | |
| Defendant. | : | FEBRUARY 2, 2006 |

### MOTION TO WITHDRAW APPEARANCE

To:   Clerk, United States District Court
       450 Main Street
       Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw her appearance in the above-captioned matter on behalf of the defendant Electric Boat Corporation. Upon information and belief, Daniel A. Schwartz of Epstein Becker & Green, P.C. has appeared and will continue to represent the defendant in this matter.

                              By _____
                                   Meredith G. Diette (ct22276)
                                   Brown Jacobson P.C.
                                   22 Courthouse Square
                                   P.O. Box 391
                                   Norwich, CT 06360
                                   (860) 889-3321
                                   (860) 886-0673 (fax)
                                   *mdiette@brownjacobson.com*

-2-

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this Monday, March 13, 2006 via first-class mail, postage prepaid, to:

| | |
|---|---|
| **John R. Williams** | **Daniel A. Schwartz** |
| 51 Elm Street | Epstein Becker & Green-CT |
| Suite 409 | One Landmark Square |
| New Haven, CT 06510 | Suite 1800 |
| 203-562-9931 | Stamford, CT 06901-2165 |

                                                         _____
                                                             Meredith G. Diette