UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. 3:01-CV-2417 (RNC) |
| | : | |
| ELECTRIC BOAT CORP. | : | |
| | : | |
| Defendant. | : | MARCH 10, 2006 |

**MOTION TO CLARIFY SCHEDULING ORDER**

The Defendant, Electric Boat Corp., files this motion for clarification on the court's scheduling order regarding trial in this matter. Specifically, in preparing the joint trial memorandum, the Defendant discovered that the court has mistakenly put this matter down for jury selection on April 11, 2006, rather than just the start of trial. However, a review of the docket and relevant pleadings in this matter plainly indicates that the Plaintiff has never requested a jury trial in this matter. Specifically, in his Complaint (which was originally filed in state court) plaintiff did not request a jury trial. Moreover, even after this matter was removed to federal court, the Plaintiff never filed an additional request, as contemplated by Fed. R. Civ. P. 81 (c). Moreover, the federal court's own electronic docket also indicates that no jury demand has been made in this matter. Therefore, the court's indication that a trial would begin with jury selection appears to be in error.

The Defendant, Electric Boat, therefore asks that this court clarify the scheduling order in this matter. This clarification is further needed because the parties are preparing their trial memorandum and the type of trial will dictate compliance with various areas.

Respectfully submitted,

*[signature]*

Daniel A. Schwartz (ct 15823)
EPSTEIN BECKER & GREEN
One Landmark Square, Suite 1800
Stamford, Connecticut 06901-2704
203-348-3737 (phone)
203-324-9291 (fax)
daschwartz@ebglaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of March, 2006 that a true and correct copy of the foregoing *motion* is being served via facsimile, on all counsel and pro se parties of record, as follows:

John Williams
Rob Serafinowicz
51 Elm St., Suite 409
New Haven, CT 06510

*[signature]*
Daniel A. Schwartz