*[Handwritten annotations in margins: "email", "60", "01CV2417 mtn wd atty", "2/7/06"]*

*[Left margin, handwritten vertically: "March 16, 2006. Denied as moot. See endorsement order [doc. # 56] dated March 3, 2006. So ordered. Robert N. Chatigny, U.S.D.J."]*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:01-CV-02417 (RNC) |
| vs. | : | |
| | : | |
| ELECTRIC BOAT CORP, | : | |
| | : | |
| Defendant. | : | FEBRUARY 2, 2006 |

### MOTION TO WITHDRAW APPEARANCE

To:   Clerk, United States District Court
      450 Main Street
      Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw her appearance in the above-captioned matter on behalf of the defendant Electric Boat Corporation. Upon information and belief, Daniel A. Schwartz of Epstein Becker & Green, P.C. has appeared and will continue to represent the defendant in this matter.

By _____
Meredith G. Diette (ct22276)
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360
(860) 889-3321
(860) 886-0673 (fax)
mdiette@brownjacobson.com

1