# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE



2006 MAR 21  P 4: 47

CASE NUMBER: 3:01CV2417 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Danie Durant

Danie Durant
v.
Electric Boat

Date: 3-21-06

Connecticut Federal Bar Number: 267001

Telephone Number: 203-562-9931

Fax Number: 203-776-9494

E-mail address: rscrafinowicz@johnrwilliams.com

Signature: [signed]

Print Clearly or Type Name: Robert A. Serafinowicz

Address: 51 Elm Street Suite 409
New Haven CT 06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Daniel A. Schwartz
Epstein Becker and Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm Jan.24