UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIE DUZANT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. 3:01-CV-2417 (RNC) |
| | : | |
| ELECTRIC BOAT CORP. | : | |
| | : | |
| Defendant. | : | MARCH 22, 2006 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant in the above-captioned action, that this action is dismissed with prejudice and without costs to either plaintiff or defendant as against the other.

_____
Rob Serafinowicz (ct26701)
51 Elm St., Suite 409
New Haven, CT 06510
203-562-9931
rserafinowicz@johnrwilliams.com
Attorneys for Plaintiff

_____
Daniel A. Schwartz (ct 15823)
EPSTEIN BECKER & GREEN
One Landmark Square, Suite 1800
Stamford, Connecticut 06901-2704
203-348-3737 (phone)
203-324-9291 (fax)
daschwartz@ebglaw.com

Attorneys for Defendant